# Matthew Sedler (Undercover) Patient Visits to Defendant's Medical Office

| Date of Appointment | Defendant Meets with Patient | Physical Examination by Defendant | Approximate Length of Defendant's Meeting with Patient | Prescription | Amount Paid in Cash |
|---|---|---|---|---|---|
| 4/20/2021 | Yes | Yes, both shoulders (one minute) | 14 minutes, 25 seconds | Oxycodone, 30 pills at 10mg (2 weeks) | $350 |
| 5/4/2021 | No | N/A | 0 minutes | Oxycodone, 30 pills at 10mg (2 weeks) | $350 |
| 5/18/2021 | Yes | No | 8 minutes, 5 seconds | Oxycodone, 30 pills at 10mg (2 weeks) | $350 |
| 6/15/2021 | Yes (MRI delivered) | No | 5 minutes, 35 seconds | Oxycodone, 30 pills at 20mg (2 weeks) | $350 |
| 7/27/2021 | Yes | No | 10 minutes, 20 seconds | Oxycodone, 45 pills at 20mg (2 weeks) | $350 |
| 8/12/2021 | Yes (insurance card shown) | No | 2 minutes, 30 seconds | OxyContin, 120 pills at 20mg (1 month) | $700 |
| 9/9/2021 | No | N/A | 0 minutes | Oxycodone, 120 pills at 20mg (1 month) | $700 |
| 10/21/2021 | Yes | No | 7 minutes, 35 seconds | Oxycodone, 120 pills at 20mg (1 month) | $725 |
| 11/18/2021 | No | N/A | 2 minutes, 37 seconds t/c (recorded) | Oxycodone, 120 pills at 20mg (1 month) | $725 |
| 1/13/2022 | No | N/A | 34 seconds t/c (not recorded) | Oxycodone, 120 pills at 20mg (1 month) | $725 |

*May have paid an additional $25 for urine testing.

GOVERNMENT EXHIBIT 42 22-CR-545 (S-2) (GRB)