

10:51                                    LTE 🔋

New Message

To: Roy 2

May 5, 2022 at 12:01 PM

Hey good afternoon,
I'm just confirming I should be at
the office around 1:30?

No don't cien today we have
police investigating

Ok well my bio feedback is due
today I was going to come in
with Charlie what should I do.

Wait . I have to see what is
going on

Tell whoever suppose come not
to come

Ok can you send my bio
feedback in then because I'm a
couple days overdue.

I didn't mean physically coming
to office I thought it was virtual
today

+

Case 2:23-cr-00545-GRB-ST    Document 141-2    Filed 12/08/25    Page 3 of 12 PageID #: 1982



10:51                                              LTE

New Message

To: Roy 2

I didn't mean physically coming to office I thought it was virtual today

I will call you later . We have emergency

Ok

May 13, 2022 at 9:10 AM

My medication was never sent

We sent last night . We will check again

Tomkins Pharmacy 930 wheeler rd Hauppauge Ny 11788

is the correct address they moved next door use to be 920

Please let me know when sent

May 13, 2022 at 12:21 PM

+        Text Message



10:51   LTE

New Message

To: Roy 2

May 13, 2022 at 12:21PM

I'm really sick right now I paid for my appointment I need my prescription sent

May 13, 2022 at 2:55PM

I'm at the pharmacy

Tomkins Pharmacy
631-724-7096
930 wheeler road Hauppauge NY
11788

Just spoke to them

Give me 2 hours to get to office

I just drove 45 minutes to the pharmacy

Ok let me change the pharmacy

Thank you

+   Text Message



10:51     LTE

New Message

To: Roy 2

Thank you

Please let me know when I can walk back in

Just sitting in the car in the parking lot.

I am on my way to the office

Yup

I've been sitting here 3 hours this is getting crazy I'm sick I'm over week due

Is it there..

There about to close

Sending now

Just give me a refund I'm done

Listen my account is locked I will send tonight

+     🎤

10:51     LTE

**New Message**

To: Roy 2

Listen my account is locked I will send tonight

I'm sick I'm going to the hospital

Keep it

I'm doing what I have to do

I'm a week late

I am working to unlock my account , please give me a chance

And I have Williams car he let me take it so I can go to pharmacy and soon as I'm Back he can then go see you

Done

Thank you

Remember for your next time you see me you need to have visit with pain  management.

+     Text Message



Case 2:23-cr-00045-CRB-ST   Document 141-1   Filed 12/08/25   Page 8 of 12 PageID #: 1858



10:51                                           LTE

New Message

To: Roy 2

Jun 20, 2022 at 10:07 PM

Dear Michael Beltrani,
You are confirmed to see Dr
Roya Hassad to discuss your
results  tomorrow,  at 5:00 pm in
our Great Neck office located at
12 Bond ST Suite # C2 Great
Neck NY 11021.
Best Doctor Roya & Team.

Jul 1, 2022 at 5:4

Are you guys in today

Read

Jul 1, 2022 at 7:51 PM

Hi Michael, we are closed how
long weekend , The next
availability is 07/21/22  3 Pm

+        Text Message



10:51    LTE

## New Message

To: Roy 2

Jun 20, 2022 at 10:07 PM

Dear Michael Beltrani,
You are confirmed to see Dr
Roya Hassad to discuss your
results  tomorrow, at 5:00 pm in
our Great Neck office located at
12 Bond ST Suite # C2 Great
Neck NY 11021.
Best Doctor Roya & Team.

Jul 1, 2022 at 5:44 PM

Are you guys in today

Read

Jul 1, 2022 at 7:51PM

Hi Michael, we are closed how
long weekend , The next
availability is 07/21/22  3 Pm

Closed for 4 th of July

+    Text Message



10:51                                    LTE ▭

♡    👍    👎    HA HA    ‼    ?

Date: 05/14/22

Dear Pain Management Provider,

Please be advised _Michael Penbalun_ has been diagnosed with _severe Buckpan_ _full Kneepan_ and

patient has been referred to you for pain management services. If you have any questions please do not hesitate

to contact me.

Sincerely,

Roya Jafari-Hassad Medical Health Services.
Advanced Medical Health Services
ROYA JAFARI HASSAD MD
LIC: 220415
NPI: 1477570802

Reply                    ↩

Add Sticker              📑

Save

