GOVERNMENT EXHIBIT
37T
22-CR-545 (S-2) (GRB)

## Transcription of Conversation: 9/3/2021

*GX 37: DS500417.wma*

| | |
|---|---|
| DEFENDANT: | This is Doctor Roya, how are you? |
| UNDERCOVER: | Good Doc, how are ya? |
| DEFENDANT: | Good, good. Listen, anytime between 1:30 to 5:30 you can go, on Thursday. Anytime. |
| UNDERCOVER: | Uh... um... I can see, but I... I think I'm gonna have to... I think I'm leaving Wednesday, I think I have to leave Wednesday... um... |
| DEFENDANT: | Okay look, the other option is you take a picture of your credit cards and send it, back and front, and send it to us. And then... uh... also, and then put your name and date of birth, that's it. Okay? You can do that as well right now. |
| UNDERCOVER: | What do you mean? Like the... the... the credit card... uh... I don't understand. |
| DEFENDANT: | What medication you want me to order for you? |
| UNDERCOVER: | Uh... it's the same... it... there was the... the Oxy-... uh... Contin... uh... |
| DEFENDANT: | Okay, so you have to do biofeedback. In order to do biofeedback, you have to pay. |
| UNDERCOVER: | Okay. Yeah... yeah... no, I was paying the 700. |
| DEFENDANT: | What's that? |
| UNDERCOVER: | I was paying... I was paying 700 for the month. It's just that I'm gonna be gone from like that Wed- from Wednesday until the next week and a half. Um... and I was just looking to see if I could come. No... nobody... |
| DEFENDANT: | But you have to pay for it. |
| UNDERCOVER: | No, I'm gonna... I... I have cash. I just... uh... didn't know if anybody was gonna be... |

| | |
|---|---|
| DEFENDANT: | You have cash... you... listen... uh... cash... you don't... you're not gonna be able to come on Thursday. |
| UNDERCOVER: | Yeah. |
| DEFENDANT: | If you're gonna leave cash with someone, the office is closed. You need to be flexible. We're trying to be flexible... |
| UNDERCOVER: | Yeah... |
| DEFENDANT: | ...with you. You need to be flexible. |
| UNDERCOVER: | Okay. |
| DEFENDANT: | Make sure you come on Thursday. You want to bring cash for biofeedback. You don't want to bring cash, you have to use credit card. |
| UNDERCOVER: | Okay. |
| DEFENDANT: | So what do you want to do? |
| UNDERCOVER: | I'll see. You... you said you're there 'til 5:30? |
| DEFENDANT: | Yes. |
| UNDERCOVER: | Okay. |
| DEFENDANT: | Anytime between 1... I told you. Anytime between 1:30 to 5:30, you can come in. |
| UNDERCOVER: | Oh... |
| DEFENDANT: | Anytime. |
| UNDERCOVER: | Okay. Alright. Let me see. Let me just see if I can make arrangements and uh... |
| DEFENDANT: | Make some arrangement, because otherwise you have to make... it's gonna be... your cycle changed, and you... you cannot change that. Also, it's September. Remember, it's September. You must come. You cannot just not show up and then... then call at the end of the month, say oh, I'm... I'm going away. I have to see you in person. |
| UNDERCOVER: | Okay. |

| | |
|---|---|
| DEFENDANT: | Okay? |
| UNDERCOVER: | Okay. |
| DEFENDANT: | Alright, so… so make sure you come on Thursday. |
| UNDERCOVER: | Okay. |
| DEFENDANT: | It's important. |
| UNDERCOVER: | Okay. |
| DEFENDANT: | We have to respect each other's rules. |
| UNDERCOVER: | Okay. |
| DEFENDANT: | It's not like all your way only, okay? |
| UNDERCOVER: | Okay. No… yeah… no… I was just trying to… I didn't realize that you guys were closed on Tuesday. |
| DEFENDANT: | Yes… we are… because we… you know… I told you. There's certain days I'm not there. |
| UNDERCOVER: | Uh huh… |
| DEFENDANT: | If I'm not there, I'm not gonna ask any patients. |
| UNDERCOVER: | Yeah. |
| DEFENDANT: | You can… you have… I have to be there. |
| UNDERCOVER: | Okay. Okay. No worries. |
| DEFENDANT: | Okay? Alright, so Thursday. |
| UNDERCOVER: | Okay. |
| DEFENDANT: | Thank you. |
| UNDERCOVER: | Buh-bye. |
| DEFENDANT: | Ok… so… Buh-bye. |
| UNDERCOVER: | Again, that was Dr. Hassad… uh… today is Friday, September 3, 2021. Time right now is approximately 14-37 hours. Again, her phone number that I just received a call from is 646-660-0690. |

*(End: 03:15)*

3