

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CPK/KPO
F. #2021R00405

*610 Federal Plaza*
*Central Islip, New York 11722*

December 11, 2025

ECF

Honorable Gary R. Brown
United States District Judge
United States District Court
940 Federal Plaza
Central Islip, New York 11722

  Re: United States v. Roya Jafari Hassad
    Criminal No. 22-545(S-2)(GRB)

Dear Judge Brown:

  The government respectfully submits this letter in response to defendant's letter motion dated December 10, 2025 ("Def. Mot.") seeking to preclude a victim, C.P., from addressing the Court at sentencing on December 15, 2025. As stated in the government's sentencing letter, the government views C.P. as a victim as the family representative of a deceased victim of the health care fraud offense to which the defendant Roya Jafari Hassad pled guilty. Indeed, although the evidence was precluded at trial, defendant billed decedent for medical services rendered to him after he died. Tr. 111-118. Decedent received at least 19 oxycodone prescriptions from defendant between January 2020 and February 2021 and died of an overdose from drugs, including oxycodone. I spoke with C.P. earlier this week. She advises me that she does not have any information on the health care fraud but wishes to speak briefly to the court about the loss the family suffered due to her brother's overdose. I discussed with her that the Court will decide whether or not she can address the Court but the drug counts of conviction do not relate to prescriptions to her brother. I also advised her that the caselaw was not particularly supportive of her request. In re Rendon Galvis, 564 F.3d 170, 175 (2d Cir. 2009).

  It is worth noting that, although the victim's topic, the effect on her family due to her brother's opioid overdose death, does not relate directly to the health care fraud, it does address a topic relevant to this sentencing, namely the opioid epidemic and the overdose deaths that are part of it. Accordingly, the government requests that C.P. be granted permission to address the Court at sentencing. The other victims known to the government, the insurance

companies entitled to restitution, were sent an Affidavit of Loss form on October 2, 2025 by this office and advised that the affidavit should be sent in prior to November 17, 2025. To date, the affidavits have not been received and there has not been any indication that anyone from the insurance companies wants to address the Court at sentencing.

              Respectfully submitted,

              JOSEPH NOCELLA, JR.
              United States Attorney

      By: */s/ Charles P. Kelly*
         Charles P. Kelly
         Katherine P. Onyshko
         Assistant U.S. Attorneys
         (631) 715-7866/7890

cc: Defense Counsel (by ECF and email)
   Clerk of the Court (GRB) (by ECF and email)