

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CPK/KPO
F. #2021R01966

*610 Federal Plaza*
*Central Islip, New York 11722*

December 15, 2025

ECF

Honorable Gary R. Brown
United States District Judge
United States District Court
940 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Roya Jafari Hassad
               Criminal No. 22-545(S-2)(GRB)

Dear Judge Brown:

      The government respectfully submits this letter to supplement and update the information previously provided on victims by this office. Attached is a two page affidavit of loss. The government received this affidavit of loss on December 12, 2025 and produced it to defense counsel on December 13, 2025. The affidavit is from the Centers for Medicare and Medicaid Service ("CMS"). We have no information as to the basis of the calculation of the $447,000 amount in the affidavit. As we advised defense counsel on December 13, notwithstanding the CMS affidavit, this Office is standing by the restitution amount in the plea agreement of approximately $152,765.14 which includes $76,802.57 for CMS. We will ask that the Court order that this amount, $152,765.14, which we are advised is currently held in defense counsel's escrow account, be paid to the clerk of the court ("EDNY Clerk of Clerk" per p. 5 of

PSR sentencing recommendation) immediately for distribution in accordance with the schedule of victim's names and restitution amounts set out in the PSR's sentencing recommendation.

                                                  Respectfully submitted,

                                                  JOSEPH NOCELLA, JR.
                                                  United States Attorney

                               By:     */s/ Charles P. Kelly*
                                                  Charles P. Kelly
                                                  Katherine P. Onyshko
                                                  Assistant U.S. Attorneys
                                                  (631) 715-7866/7890

cc:      Defense Counsel (by ECF and email)
          Clerk of the Court (GRB) (by ECF and email)
          P.O. Ashtin Audain (by email)