**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**VS.**

**ROYA JAFARI HASSAD**

**AFFIDAVIT OF LOSS**

DOCKET No.: 2:22-CR-545-01

My loss due to the offense of conviction totals $ 447,253.97 and was incurred as follows. If an amount greater than $0 was reported above, please check one or more of the following boxes and justify your loss accordingly.

[X] money stolen or swindled $ 447,253.97 ,
[ ] lost or damaged property $ ,
[ ] medical expenses related to physical or emotional injury $ ,
[ ] costs of physical and occupational therapy and rehabilitation $ ,
[ ] lost income $ ,
[ ] cost of funeral and related services $ ,
[ ] lost income and necessary childcare, transportation, and other expenses related to the investigation or prosecution of offense or attendance at proceedings related thereto $ .

I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $ N/A . The name and address of my insurance company and the claim number for this loss are as follows:

| | |
|---|---|
| Insurance Company / Other Source Name: | |
| Address: | |
| Claim Number: | |

I do hereby swear that the above information is true and accurate.

Kirk M. Sadur -S
Digitally signed by Kirk M. Sadur -S
Date: 2025.12.12 13:40:08 -08'00'

**Signature** | Kirk Sadur, Division Director **Print Name** | **Date**

[X] I will be submitting a victim impact statement.[1]   [ ] I will not be submitting a victim impact statement.

**Explanation of Losses Subject to Restitution**

See attached victim impact statement

---

[1] You may include additional information about the impact of the offense. Such information may appear in the presentence report, which is disclosed to the defendant. If you wish to provide further information, you may do so in a written statement and attach it to this affidavit.

3 | Page

# VICTIM IMPACT STATEMENT

Victim: The Centers for Medicare and Medicaid Services
Court Docket Number: 2:22-CR-545-01

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

The Centers for Medicare & Medicaid Services (Medicare) suffered monetary losses as a result of the conduct associated with the defendant, Roya Jafari Hassad. An investigation by law enforcement revealed that Ms. Hassad, together with others, submitted and/or caused the submission of false and fraudulent Medicare claims.

Beginning on or about January 2019 the defendant billed Medicare in false and fraudulent claims to Medicare for medical services that were not rendered. Medicare paid $447,253.97 for these claims.

In 1965, Congress enacted the Medicare Act, Title XVIII of the Social Security Act, which is codified at 42 U.S.C. § 1395 et seq. (Medicare Act), to create a federally funded and administered health insurance program for elderly and disabled individuals. Today, the Centers for Medicare and Medicaid Services (CMS) administers the Medicare program, which consists of four main parts: Part A, which generally authorizes insurance payments for covered care provided by hospitals and other institutions or agencies as set forth in the statute, (42 U.S.C. §§ 1395c to 1395i-5, 42 C.F.R. § 409.61(b)); Part B, which authorizes supplemental medical insurance for covered physician services and certain other medical benefits, (42 U.S.C. §§ 1395j to 1395w4); Part C, which authorizes beneficiaries to obtain covered services through Health Maintenance Organizations and other "managed care" arrangements rather than through original Medicare Part A and B, (42 U.S.C. § 1395w-21 to 1395w-28); Part D, which extends partial coverage for prescription drugs to Medicare beneficiaries. 42 U.S.C. § 1395w-101(b), and miscellaneous provisions contained in Part E. *Id.* The Secretary of Health and Human Services (HHS) delegated his authority to administer the Medicare program to CMS. CMS remains the real party in interest in any litigation involving the administration of the Medicare program. 42 C.F.R. § 421.5(b).