**Exhibit B**

| CC #<br>21-125729 | COMMAND<br>3310 | PCT<br>2nd | SECTOR<br>206 | GRID | POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y. |
|---|---|---|---|---|---|

| DATE OF REPORT<br>03/10/2021 | DATE & TIME OF INCIDENT<br>03/05/2021    1101 | ME #   21-1778 | **DEATH REPORT** |
|---|---|---|---|

**NAME OF DECEASED** (LAST, FIRST, MIDDLE)
**Peragine, Frankie**

TYPE/TRAFFIC, NATURAL, SUICIDE, ACCIDENTAL, HOMICIDE, ETC
DEATH INVESTIGATION

PLACE OF INCIDENT
5 Richlee Drive

East Northport

| ADDRESS<br>5 Richlee Drive<br>East Northport NY 11731 | PHONE | DATE/TIME DEATH PRONOUNCED<br>03/05/2021    1300 | PRONOUNCED BY<br>P.A. Hein |
|---|---|---|---|

| D.O.B<br>12/14/1991 | BIRTHPLACE<br>Bronx, N.Y. | MARITAL STATUS<br>Single | PROPERTY REMOVED FROM DECEASED<br>YES:   NO: X | PROPERTY INVOICE # |
|---|---|---|---|---|

| DESCRIPTION OF<br>DECEASED | X EST<br>ACT | AGE<br>29 | SEX<br>M | RACE<br>White | REMOVED BY RANK/SHIELD/COMMAND<br>N/A |
|---|---|---|---|---|---|

| HEIGHT<br>67" | WEIGHT<br>182 | HAIR<br>Brown | EYES<br>Green/Hazel | A.M.E. ASSIGNED<br>Dr. Kohlmeier |
|---|---|---|---|---|

**IDENTIFYING CHARACTERISTICS – SCARS- MOLES**
TATTOO: Behind Right Ear/pic of Bird,

Right Hand/"Nicole" and "777"

| NAME AND RELATIONSHIP OF PERSON NOTIFIED<br>Vito Peragine | Father |
|---|---|

ADDRESS
5 Richlee Drive
East Northport NY    PHONE

**CLOTHING WORN**
Green & Black "Nike" sneakers

Blue jeans

Black socks

Blact t-shirt

Gray t-shirt

DATE & TIME NOTIFIED
03/05/2021    1230

NOTIFICATION MADE BY
Det. P. Frendo #1256

| PERSON IDENTIFYING DECEASED<br>Vito Peragine | Father |
|---|---|

ADDRESS
5 Richlee Drive
East Northport NY    PHONE

**RECONSTRUCT CIRCUMSTANCES SURROUNDING DEATH**

On Friday, March 5, 2021, at approximately 1142 hours, Second Precinct LIEUTENANT RICHARD ROSEO contacted the Homicide Office and advised the undersigned detective of the death of FRANKIE PERAGINE, DOE which occurred at his residence located at 5 Richlee Drive, East Northport. The undersigned detective was informed that the decedent, who had a history of prescription drug abuse, was discovered lifeless by his father, lying face down on his bedroom floor.

The undersigned detective arrived at 5 Richlee Drive at approximately 1227 hours, and was placed onto the Scene Log by POLICE OFFICER DANIEL DENIG #5363, who stated, in part, that at approximately 1101 hours, he had responded, along with additional units, to 5 Richlee in regard to a 911 dispatched call of a 29 year-old male that appeared to be deceased due to an overdose. He went on to state that upon arrival he observed a male who was on his knees, bent over forward and face down on the bedroom floor. He added that the male was apparently deceased.

5 Richlee Drive was a two story single family high ranch-style dwelling situated on the west side of the roadway at the southwest corner of Richlee and Findley Drive. The decedent's bedroom was situated on the north side of the first floor. A bed was situated in the southwest corner of the bedroom and ran along the west side bedroom wall. The decedent was situated on the bedroom floor at the foot of the bed with his head adjacent to the west side bedroom wall. There were several empty vials of prescription medication for oxycodone and alprazolam that were prescribed to the decedent and filled on 2/9/21.

POLICE OFFICERS GREGORY CANNON #2368 and KATHLEEN TORRES #6246 from the Suffolk

| CASE STATUS<br>___ ACTIVE   X   PENDING | SIGNATURE OF REPORTING OFFICER<br>_DET. 1256/3310/1_<br>FRENDO, PHILIP R DET. #1256 | SIGNATURE OF SUPERVISING OFFICER<br>_SGT 654/3310/1_<br>LELI, RONALD D/SGT. #0654   RJH 005242 |
|---|---|---|

PDCS 1002b

| CC NUMBER | DATE OF REPORT | COMMAND | POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y. |
|---|---|---|---|
| 21-125729 | 03/10/2021 | 3310 | |
| PAGE NO. 2 | OF | PAGES 2 | CONTINUATION REPORT |

DISTRIBUTION:

County Crime Scene Section were present to process and photographically document the scene.

MICHELLE HEIN, a Physician Assistant from the Suffolk County Medical Examiner's Office responded to conduct a preliminary examination of the decedent. P.A. HEIN made the pronouncement of death at 1300 hours. Lividity and rigor mortis were present and appropriate. There were no apparent signs of trauma to the decedent. The decedent was transported to the Suffolk County Medical Examiner's Office for further examination. The prescription medication vials were recovered by P.A. HEIN.

The undersigned detective recovered the decedent's cell phone and provided it to the Suffolk County Narcotics Section for further investigation.

The undersigned detective interviewed the decedent's father and sister, VITO and JENNIFER PERAGINE. VITO stated, in part, that he last saw his son at approximately 10:30 p.m. last night, whereupon he kept repeating himself as he spoke and appeared to be under the influence. He added that his son told him that he was going to clean his room and then his son went downstairs to where his bedroom was located. He went on to state that when he went down to his son's bedroom he discovered that his son was lifeless, lying face down on the bedroom floor, and he appeared to be deceased. VITO and JENNIFER stated that FRANKIE had been in a motorcycle accident a few years ago and in two car accidents the last year. They went on to state that he was taking prescription medication for pain and depression. They added that since his mother died in 2018 his depression worsened and he began to abuse his medications and alcohol. JENNIFER stated that FRANKIE had been using two doctors who she described as pill mills that would prescribe him these medications every month without proper examinations. They stated that FRANKIE had suffered from seizures and overdoses where he had been administered narcan and hospitalized. They added that he had been hospitalized for psychiatric evaluations, once approximately three years ago in Stony Brook Hospital, and once approximately three months ago in Huntington Hospital. They went on to state that he has had suicidal ideations, whereupon he had stated that he wanted to be with his mother and that there was no sense to live. They additionally stated that he had attempted suicide a few days prior, whereupon FRANKIE stated that he was going away permanently and then he overdosed shortly afterwards.

On 3/6/21, DR. KOHLMEIER, an Assistant Medical Examiner for the Suffolk County Medical Examiner's Office conducted a postmortem examination of the decedent. The final cause and manner of death are pending further studies.

This case shall remain PENDING awaiting the final cause and manner of death letter from the Suffolk County Medical Examiner's Office.

REPORTING OFFICER
FRENDO, PHILIP R DET. #1256
PDCS 1083a

SUPERVISOR
LELI, RONALD D/SGT. #0654

RJH 005243