


# Department of Health and Human Services
## OFFICE OF INSPECTOR GENERAL
## OFFICE OF INVESTIGATIONS

### REPORT OF INTERVIEW

Amy Rapkiewicz was interviewed on 5/7/2024 by Special Agent (SA) Sarah Durrant and Drug Enforcement Administration (DEA) SA Jason Fragiorgi. After being advised of the nature of the interview and the identity of the Interviewers, **Amy Rapkiewicz** (RAPKIEWICZ) provided the following information, in substance:

[*Agent's Note: The Interviewing Agents visited the Suffolk County Medical Examiner's Office, in an attempt to interview Medical Examiner **Michael Lehrer** (LEHRER). The Interviewing Agents met with **Michael Katz** (KATZ) in the Toxicology Department who informed Agents that LEHRER was not in and advised that the Agents should speak with the Pathology Department. KATZ brought the Interviewing Agents to the office of RAPKIEWICZ, who is the Deputy Chief Medical Examiner.*]

RAPKIEWICZ stated they do not like doing "but for" speculation for post-mortem toxicology but agreed to take a look. [*Agent's Note: At this point in the interview, RAPKIEWICZ was shown two Toxicology Reports done by Medical Examiner LEHRER: one was for **Frankie Peragine** (PERAGINE), labeled with the ME No: 2021-01778, and the other was for **Anne Marie Deiters** (DEITERS), labeled with the ME No: 2020-00125. Both Toxicology Reports are attached to this OI-3.*]

RAPKIEWICZ commented that both reports looked straightforward.

For PERAGINE, RAPKIEWICZ stated that the Fentanyl and Alprazolam, without the Oxycodone, would have been enough for PERAGINE to have overdosed. She commented that it was a low level of Oxycodone found in his system postmortem. RAPKIEWICZ searched on her computer and stated that according to the medical log, PERAGINE was prescribed Oxycodone 30mg and was taking it four times a day. The log stated that PERAGINE did not have any pills left. RAPKIEWICZ speculated that PERAGINE may have used Fentanyl when he ran out of Oxycodone, however, regardless, the combination of medications is enough for PERAGINE to have had respiratory depression. Since the Fentanyl was not prescribed, RAPKIEWICZ believed it could have been illicit and enough to lead to an overdose. She did not see any abnormalities within his file except for a slightly enlarged heart.

| Interview Conducted On | 5/7/2024 | At | 725 Veteran's Memorial Highway, Hauppauge, NY 11787 |
|---|---|---|---|
| By | SA Sarah Durrant and DEA SA Jason Fragiorgi | | Inv. Phone Number |
| Date(s) Prepared | 5/15/2024 | By | SA Sarah Durrant | Case Number |

This document, including any attachments and information contained therein, is the property of HHS OIG and is for OFFICIAL USE ONLY. The original and any copies of the report must be appropriately controlled and maintained. Disclosure to unauthorized persons without prior written approval of the Deputy Inspector General for Investigations or his/her designee is strictly prohibited and may subject the disclosing party to liability. Unauthorized persons may include, but are not limited to, individuals referenced in the report, contractors, and individuals outside the HHS. Public disclosure is determined by the Freedom of Information Act (Title 5, U.S.C., Section 552) and the Privacy Act (Title 5, U.S.C., Section 552a).

OI-3 (11/2020)

**GOVERNMENT EXHIBIT**
**3500-SD-6**
22-CR-545 (S-2) (GRB)

Report of Interview – Amy Rapkiewicz
Date of Interview: 5/7/2024

Page 2 of 2
Case Number: ▮▮▮▮

---

For DEITERS, RAPKIEWICZ stated that the Fentanyl and Cocaine, without the Oxycodone, the combination would have been enough for DEITERS to have overdosed. Looking through her file, RAPKIEWICZ stated DEITERS had pretty active use between the Fentanyl and Cocaine. She said DEITERS had a slightly higher Oxycodone level in the blood. RAPKIEWICZ explained that Cocaine metabolizes quickly postmortem and for the report to have shown a still relatively high level of Cocaine in her blood, she believed the level to have been higher prior to the overdose. RAPKIEWICZ stated the Cocaine would have been sufficient to have led to an overdose.