GOVERNMENT
EXHIBIT
3500-VP-7
22-CR-545 (S-2) (GRB)

6/18/24    2:55    Vito & Stephanie
me, kelly, Sam,

Vito - Peragine   DOB ▇

On license - Vitto Perigini
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
DoB: ▇

*Day and year incorrect on Drive license*

Stephanie Peragine
Same addy.   → Sister
DoB: ▇

privacy notice ↑ notice dated w/ ▇ -
looks to be Vito's son's hand writing.
son's Frankies hand writing

Patient Registration Form.
Vito says it was in Frankies hand writing.
Form has Frankies cell # on it ▇
Emergency Contact is Frankie.

1

never saw document till today. Frankie filled out Patient Reg. Forms.

- Vito went to Hassad 3x.
- Vito gave money to Hassad in the parking lot once, Vito drove Frankie to Hassad's office. Vito saw Frankie hand cash to Hassad.

- check Frankie's phone for text messages from Hassad & Pharmacy. (Stephanie DVito have cellphone)

- Joe Priscilo drives a silver suburu ~~Toyosepita~~ giving xanax bars. lives in Hauppague.

- Frankie passed out, seizures — went to Huntington hospital overdosed.

- Frankie died 3/5/2021

Stephanie cell # ▮▮▮▮▮▮▮▮

[signature]